1  Krsto Mijanovic (Bar No. 205060)
     kmijanovic@hbblaw.com
2  Steven A. Scordalakis (Bar No. 293212)
     sscordalakis@hbblaw.com
3  Kristine H. Du (Bar No. 338095)
     kdu@hbblaw.com
4  HAIGHT BROWN & BONESTEEL LLP
   500 Capitol Mall, Suite 2150
5  Sacramento, California 95814
   Telephone: 916.702.3200
6  Facsimile: 916.570.1947

7  Attorneys for BROAN-NUTONE, LLC

8  Sally Noma (SBN 264774)
   Heather Gibbons (SBN 271675)
9  NOMA LAW FIRM
   1111 Broadway Ste. 300
10 Oakland CA 94607
   Telephone: (415) 493-0755
11 Facsimile: (415) 889-6990
   sally@nomalcnv.com
12 heather@nomalaw.com

13 Attorneys for Plaintiff CALIFORNIA
   CAPITAL INSURANCE COMPANY as
14 subrogee of Laguna Honda 300 L.P.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION**

| | |
|---|---|
| CALIFORNIA CAPITAL INSURANCE COMPANY as subrogee of Laguna Honda 300 L.P.,, <br><br> Plaintiff, <br><br> v. <br><br> BROAN-NUTONE, LLC, <br><br> Defendant. | Case No. 4:25-cv-07805-HSG <br><br> **STIPULATION FOR DISMISSAL; AND ORDER THEREON** |

TO THE HONORABLE COURT,

Plaintiff CALIFORNIA CAPITAL INSURANCE COMPANY as subrogee of Laguna Honda 300 L.P. and defendant BROAN-NUTONE LLC hereby stipulate under Federal Rule of Civil Procedure 41(a)(1)(ii) that this action be dismissed, with prejudice, in its entirety, as to all claims, causes of action, and parties, with each party bearing their own attorney's fees and costs.

Dated: November 13, 2025         NOMA LAW FIRM  A P.C.

By: _____
Sally Noma
Heather Gibbons
Attorneys for Plaintiff CALIFORNIA CAPITAL INSURANCE COMPANY

Dated: November 13, 2025         HAIGHT BROWN & BONESTEEL LLP

By: _____
Krsto Mijanovic
Steven A. Scordalakis
Attorneys for Defendant
BROAN-NUTONE, LLC

## ORDER OF DISMISSAL

Pursuant to the stipulation of the parties under Federal Rule of Civil Procedure 41(a)(1)(ii), IT IS ORDERED THAT THIS ACTION BE, AND HEREBY IS, DISMISSED WITH PREJUDICE, in its entirety, as to all claims, causes of action, and parties, with each party bearing its own attorney's fees and costs. The Clerk is directed to close the file.

**IT IS SO ORDERED.**

Dated:  11/17/2025

By: /s/ Haywood S. Gilliam, Jr.
Hon. Judge Haywood S. Gilliam, Jr.